# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2051

_____

Roger D. Mosby,                          *
                                         *
            Appellant,                   *
                                         *
      v.                                 *   Appeal from the United States
                                         *   District Court for the
Larry Norris, Director, Arkansas         *   Eastern District of Arkansas.
Department of Correction; G. David       *
Guntharp, Deputy Director, Arkansas      *        [UNPUBLISHED]
Department of Correction; Max            *
Mobley, Deputy Director of Health        *
Correctional Programs, Arkansas          *
Department of Correction; Terry          *
Campbell, Former Warden, Maximum         *
Security Unit, Arkansas Department of     *
Correction; Randall Morgan, Former       *
Warden, Maximum Security Unit,           *
Arkansas Department of Correction,       *
                                         *
            Appellees.                   *

_____

Submitted: February 7, 2006
    Filed:  February 17, 2006
_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Roger D. Mosby appeals the district court's[1] adverse grant of judgment, following a bench trial, in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, including the trial transcript, we affirm for the reasons stated in the district court's thorough and well-reasoned opinion. See Estate of Davis v. Delo, 115 F.3d 1388, 1393 (8th Cir. 1997) (standard of review). We deny Mosby's motion to obtain electronic recordings of the trial.

Accordingly, we affirm. See 8th Cir. 47B.

————————————————————

---

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).